1

2

3

4

5              UNITED STATES DISTRICT COURT

6              EASTERN DISTRICT OF WASHINGTON

7    CARRIE ADKINS,

                                                NO:  4:20-CV-5104-TOR
8                        Plaintiff,

                                                ORDER OF DISMISSAL WITHOUT
9         v.                                    PREJUDICE

10   LIFE INSURANCE COMPANY OF
     NORTH AMERICA,
11
                         Defendants.
12

13        BEFORE THE COURT is Plaintiff's Motion for Voluntary Dismissal of

14   Claim Under 29 U.S.C. § 1132(a)(3) Without Prejudice (ECF No. 39).  Because

15   this claim is likely contingent upon the success of her claim under 29 U.S.C.

16   § 1132(a)(1)(B), Plaintiff seeks dismissal without prejudice under Federal Rules of

17   Civil Procedure 41(a)(2).  The Court already granted Defendant's motion for

18   judgment on the § 1132(a)(1)(B) claim, so Plaintiff now seeks dismissal of this

19   remaining claim without prejudice so that a final judgment may be entered and

20

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1  Plaintiff may proceed with her appeal of the underlying claim.  Defendant does not

2  object.

3  **ACCORDINGLY, IT IS HEREBY ORDERED**:

4      1. Plaintiff's Motion for Voluntary Dismissal of Claim Under 29 U.S.C.

5          § 1132(a)(3) Without Prejudice, ECF No. 39, is **GRANTED**.  Plaintiff's

6          claim under 29 U.S.C. § 1132(a)(3) is **DISMISSED** Without Prejudice.

7      2. All remaining deadlines, hearings and trial are **VACATED**.

8      3. The Clerk of Court shall enter Judgment in favor of Defendant according

9          to the Court's ruling at ECF No. 37 and Dismissal of the 29 U.S.C.

10         § 1132(a)(3) claim Without Prejudice.

11     The District Court Executive is directed to enter this Order and Judgment

12 accordingly, furnish copies to counsel, and **CLOSE** the file.

13     **DATED** March 24, 2021.



14

15                                THOMAS O. RICE
                                  United States District Judge

16

17

18

19

20

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2