AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CARRIE ADKINS,<br>*Plaintiff*<br>v.<br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br>*Defendant* | )<br>)<br>)  Civil Action No.  4:20-CV-5104-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment is entered in favor of Defendant according to the Court's ruling at ECF No. 37. Plaintiff's claim under 29 U.S.C. § 1132(a)(3) is DISMISSED Without Prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on Plaintiff's Motion for Voluntary Dismissal of Claim Under 29 U.S.C. § 1132(a)(3) Without Prejudice (ECF No. 39).

Date: March 24, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen